# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Transgender Person & Mrs. Eye Keyla My'Iwana Carruthers Washington
(AKA) Carruthers Doc#968154,

[You are the PLAINTIFF, print your full name on this line.]

WCC-1 / WCF - Westville Correctional Facility
v. Warden - Galipeau
Deputy Warden - K. Watts,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

3:23-cv-409

Case Number _____

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
MAY 15 2023
At _____
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] WCC-1 / WCF - Westville Correctional Facility Administration | 5501 South 1100 West Westville In 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Warden - Galipeau | 5501 South 1100 West Westville In 46391 |
| 3 | Deputy - Warden - K. Watts | 5501 South 1100 West Westville In 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? WCF - Westville Correctional Facility - 5501 S.1100 W. Westville In. 46391

3. Did the event you are suing about happen there? ☑ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? __4/12/2023__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Sex-Discrimination; Sex-Stereotyping; Sex-harassment; Retaliation; Failure to Procedural Hearing Policy: 1st, 5th, 6th, 8th, 14th Amendment violations, Failure to Protection, Failure to Treat Transgender/Gender Dysphoria Equally.

2. WCF-Authorities aimed to cover up all violations mentioned in entitled #1 above case. Retaliation becomes a motivated factor after Recieving threats from Custody Staff & Offenders. Grievance Exhaustions never answered and Legal Mail loss in the System being intercepted by authorities. Warden-Galipeau fails to Respond or protects me from immediate danger & harm after being punched & assaulted by Custody Staff & offenders. Deputy Warden-K. Watts continues to violate all policys above entitled in claims & facts (#1). Prea-being sexual harrassed verbally & physically w/ Reports being ignored. Procedural hearing for segregation became longer making we have proof of a factfinder for Retaliation. My mental health illness is getting worse no administer of medication upto 90 days shows Failure To Treat Transgender Person Equally. Lack of stimuli and serious physical & psychological pain w/leaving my symptoms/accomodations of mental & physical disabilities. Other inadequate or inhumane conditions leaves me with a proper venue for a Merit. Under penalties for perjury all forgoing are true & correct. Demand of 180,000 United States Currency.

(Cit: Perez V/ Gates, No. 13 CV-05359-X) Sincerly This Writer Transgender Person.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                                             page 4

5. When did this event happen?
   - ○ Before I was confined.
   - Ⓧ While I was confined awaiting trial. *(End)*
   - Ⓧ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - Ⓧ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - Ⓧ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because __Grievance of Protected Conducts have a paper trail of Numerous of the Events of Failure To Treat Gender Dysphoria Disorder Equally.__

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   180,000 United States Currency For the Failure To Treat L.G.B.T.Q.+ members Equally to Stop.

[Initial Each Statement]
- *Emcw*  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- *Emcw*  I will keep a copy of this complaint for my records.
- *Emcw*  I will promptly notify the court of any change of address.
- *Emcw*  I WILL NOT send more than one copy of any filing to the court.
- *Emcw*  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- *Emcw*  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __4__/__12__/20__23__ at __9__ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Washington_                                   Carruthers
Signature                                           Doc# 968154
                                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]