UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EYE KEYLA M. CARRUTHERS WASHINGTON a/k/a ANTWAN M. CARRUTHERS, <br><br> Plaintiff, <br><br> v. <br><br> WESTVILLE CORRECTIONAL FACILITY, et al., <br><br> Defendants. | CAUSE NO. 3:23-CV-409-DRL-MGG |

## ORDER

Eye Keyla M. Carruthers Washington a/k/a Antwan M. Carruthers, a prisoner without a lawyer, filed a complaint alleging she is being threatened and attacked by other inmates and prison staff. ECF 1. These are the same claims she is litigating in *Carruthers v. Westville Correctional Facility*, 3:23-cv-407 (N.D. Ind. filed May 15, 2023). "The district court has broad discretion to dismiss a complaint for reasons of wise judicial administration whenever it is duplicative of a parallel action already pending in another federal court." *McReynolds v. Merrill Lynch & Co.*, 694 F.3d 873, 888 (7th Cir. 2012) (quotations and ellipsis omitted).

For these reasons, this case is DISMISSED WITHOUT PREJUDICE so these claims can be litigated in 3:23-cv-407.

SO ORDERED.

May 30, 2023                                                        *s/ Damon R. Leichty*
                                                                             Judge, United States District Court