AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Transgender Person: Mrs. Eye Keyla My 'Twana Carruthers Washington also known as Eye Keyla M Carruthers Washington*
     Plaintiff

v.   Civil Action No. 3:23-cv-409

WESTVILLE CORRECTIONAL FACILITY
*WCC-1/WCF, Administration*

GALIPEAU, *Warden*

K WATTS, *Deputy Warden*
     Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty.

DATE:  6/1/2023               CHANDA J. BERTA, CLERK OF COURT

by      s/N. Corle
*Signature of Clerk or Deputy Clerk*